UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Miguel Lisea-Jimenez ) <br> ) <br> Defendant(s) ) <br> ) | 08MJ0594 <br> CRIMINAL NO. 08CR734-JEG <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. 07358298 |

On order of the United States District/~~Magistrate Judge,~~ **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Genaro Calva-Benitez

DATED: 3-13-08

RECEIVED _____
              DUSM

NITA L. STORMES

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
       Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062