KAREN P. HEWITT
United States Attorney
W. MARK CONOVER
Assistant United States Attorney
California State Bar No. 236090
United States Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 557-5200

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
MAR 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. 08MJ0594 / 08CR734-IEG |
| Plaintiff, | |
| v. | **STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS(ES) AND ORDER THEREON** |
| MIGUEL LISEA-JIMENEZ T/N, aka Manuel Lisea-Jimenez, | |
| Defendant. | **(Pre-Indictment Fast-Track Program)** |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and W. Mark Conover, Assistant United States Attorney, and defendant MIGUEL LISEA-JIMENEZ, aka Manuel Lisea-Jimenez, by and through and with the advice and consent of Keith Rutman, counsel for defendant, that:

1. Defendant agrees to execute this stipulation on or before the first preliminary hearing date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead guilty to the pre-indictment information charging defendant with a non-mandatory minimum count of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii) and (v)(II).

WMC:jam:3/12/08

RECEIVED IN
DOCKETING

MAR 17 2008

2. Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3. Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **April 28, 2008**.

4. The material witnesses, Omar Benitez-Perez, Genaro Calva-Benitez, and Genaro Castaneda-Castro, in this case:

    a. Are aliens with no lawful right to enter or remain in the United States;

    b. Entered or attempted to enter the United States illegally on or about February 26, 2008;

    c. Were found in a vehicle driven by defendant near Perris, California and that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

    d. Were paying or having others pay on their behalf an undisclosed amount of money to $2,600 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

    e. May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

5. After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

    a. The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

    b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

1  of (an) unavailable witness(es); and,

2        c.    Understanding that under Crawford v. Washington, 124 S. Ct. 1354 (2004),
3  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted
4  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant
5  waives the right to confront and cross-examine the material witness(es) in this case.

6      6.    By signing this stipulation and joint motion, defendant certifies that defendant has
7  read it (or that it has been read to defendant in defendant's native language). Defendant certifies
8  further that defendant has discussed the terms of this stipulation and joint motion with defense
9  counsel and fully understands its meaning and effect.

10  Based on the foregoing, the parties jointly move the stipulation into evidence and for the
11  immediate release and remand of the above-named material witness(es) to the Department of
12  Homeland Security for return to their country of origin.

13  It is STIPULATED AND AGREED this date.

14                     Respectfully submitted,

15                     KAREN P. HEWITT
                   United States Attorney

17  Dated: 3/13/08

18                     W. MARK CONOVER
                   Assistant United States Attorney

19  Dated: 3-13-08

20                     KEITH RUTMAN
                   Defense Counsel for Miguel Lisea-Jimenez

22  Dated: 3-13-08

23                     MIGUEL LISEA-JIMENEZ
                   Defendant

28  Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Miguel Lisea-Jimenez       3       08MJ0594

1 **ORDER**

2 Upon joint application and motion of the parties, and for good cause shown,

3 **THE STIPULATION** is admitted into evidence, and,

4 **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5 forthwith to the Department of Homeland Security for return to their country of origin.

6 **SO ORDERED.**

7

8 Dated: 3-13-08

_____
United States Magistrate Judge

28 Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Miguel Lisea-Jimenez                4                              08MJ0594