# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) CRIMINAL NO. _08CR734-IEG_ |
| | ) |
| vs. | ) ORDER |
| | ) RELEASING MATERIAL WITNESS |
| Miguel Lisea-Jimenez | ) |
| | ) Booking No. _07358298_ |
| Defendant(s) | ) |

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody: (Bond Posted / Case Disposed / Order of Court).

Genaro Castaneda - Castro

DATED: 3-13-08

**NITA L. STORMES**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
Deputy Clerk